UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PAUL L. BULLOCK,

   Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

   Defendant.

_____/

Case No. 1:07-CV-683

Hon. Janet T. Neff

**ORDER OF TRANSFER**

This is an action for judicial review of the Commissioner's denial of Social Security benefits action brought by pursuant to 42 U.S.C. § 405(g). The matter is now before the court on plaintiff's ex parte motion to transfer this suit to the United States District Court for the Eastern District of Michigan (docket no. 2). Defendant has not been served with a summons in this matter.

Under § 405(g), venue for judicial review of the commissioner's final decision:

> shall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business, or, if he does not reside or have his principal place of business within any such judicial district, in the District Court for the Court of the United States for the District of Columbia.

42 U.S.C. § 405(g).

Plaintiff filed this suit on July 19, 2007. In his complaint, plaintiff alleged that he resides in Harrietta, Michigan, which lies in Wexford County in the Western District of Michigan. 28 U.S.C. § 102(b)(1). In the present motion, plaintiff's counsel states that "as of January 2007, he moved to Melvindale, Michigan . . . where plaintiff presently resides, and resided prior to the filing of this case." Melvindale lies in Wayne County in the Eastern District of Michigan. 28 U.S.C. § 102(a)(1). Proper venue for this action lies in the Eastern District of Michigan, where plaintiff

resided at the time he filed suit.  42 U.S.C. § 405(g).  Accordingly, plaintiff's motion to transfer venue is **GRANTED**.

      **IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).  The Clerk shall transmit the file forthwith to the Clerk of the Court in Detroit.


Dated:  September 12, 2007                /s/ Hugh W. Brenneman, Jr.
                                            HUGH W. BRENNEMAN, JR.
                                            United States Magistrate Judge